THE HONORABLE RONALD B. LEIGHTON

```
_____ FILED    _____ LODGED
       _____ RECEIVED
          NOV 21 2012
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIK DEBOWER,

    Plaintiff,

v.

SUNGARD DATA SYSTEMS, INC. LONG TERM DISABILITY PLAN,

    Defendant.

No. 3:11-CV-05911-RBL

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTIONS IN LIMINE

NOTE ON MOTION CALENDAR: NOVEMBER 9, 2012

THIS MATTER having come on before the Court on Defendant's Motions in Limine ("Motion"), and the Court having read and considered Defendant's Motion and supporting papers, Plaintiff's Opposition and supporting papers, and Defendant's Reply and supporting papers,

NOW, THEREFORE, IT IS HEREBY

ORDERED, ADJUDGED AND DECREED that Defendant's Motion is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that review in this matter should be limited to the administrative record. Evidence not contained in the record, including but not limited to any documents outside the administrative record and the testimony of live witnesses at trial, will not be considered by this Court.

PROPOSED ORDER - 1
No. 3:11-CV-05911-RBL
005583.0170/5513576.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that offers of compromise or evidence of conduct and statements during compromise are likewise excluded.

DONE IN OPEN COURT this 9th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE
THE HONORABLE RONALD B. LEIGHTON

Presented by:

LANE POWELL PC

By s/Sarah E. Swale
   Sarah E. Swale, WSBA No. 29626
   Attorneys for Defendant

PROPOSED ORDER - 2
No. 3:11-CV-05911-RBL
005583.0170/5513576.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the 22nd day of October, 2012, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

Todd R. Renda
Attorney at Law
6314 19th Street West, Suite 21
Tacoma, WA 98466-6233
Email: toddrenda@msn.com

DATED this 22nd day of October, 2012, at Seattle, Washington.

s/ Lorrie A. Salinas
Lorrie A. Salinas

PROPOSED ORDER - 3
No. 3:11-CV-05911-RBL
005583.0170/5513576.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107